28 A.3d 867

Charles MOYER, individually, and as Personal Representative of the Estates of Ronald Moyer and Judy Moyer, Deceased, Donna Moyer, individually, and as Personal Representative of the Estates of Ronald Moyer and Judy Moyer, Deceased, and Leisurecraft, Inc., Appellants

v.

TELEDYNE CONTINENTAL MOTORS, INC., Teledyne, Inc., Superior Air Parts, Inc., Piedmont Hawthorne Aviation, Inc. a/k/a and/or f/k/a Piedmont Aviation Services, Inc., Piedmont/Hawthorne Aviation, Inc. and/or Piedmont Hawthorne Aviation, LLC and Divco, Inc., Appellees.

Supreme Court of Pennsylvania.

Argued Sept. 13, 2011.

Decided Sept. 27, 2011.

Robert C. Daniels, Robert C. Daniels, Ltd., Cynthia Marie Devers, Philadelphia, Bradley J. Stoll, Fort Washington, Arthur A. Wolk, Philadelphia, Wolk Law Firm, for Charles Moyer, et al.

Reetu Dandora, Reed Smith, L.L.P., for SPS Technologies, Inc.

Thomas Martin, William Jude Ricci, Lavin O'Neil Ricci Cedrone & DiSipio, Philadelphia, Douglas E. Winter, for Teledyne Continental Motors, Inc. and Teledyne, Inc.

Anthony S. McCaskey, LeClair Ryan, P.C., for Piedmont Hawthorne Aviation, Inc. a/k/a and/or f/k/a/ Piedmont Aviation, et al.

James E. Robinson, Cozen O'Connor, Philadelphia, for Divco, Inc.

James Denny Shupe, Schnader Harrison Segal & Lewis, LLP, for Superior Air Parts, Inc.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of September, 2011, the Court being evenly divided, the Order of the Superior Court is **AFFIRMED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this case.